# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : Case No. 1:23-cv-00673-KMW-MJS |
| WESTAMPTON ASSOCIATES, L.L.C., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this  19th  day of  April  2024,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 691-8565
Fax (609) 900-2760
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Dennis Maurer*

/s/ Ashley L. Toth
Ashley L. Toth, Esq.
Marshall Dennehey Warner
Coleman & Goggin, P.C.
15000 Midlantic Drive, Suite 2000
Mount Laurel, NJ 08054
Direct (856) 414-6400
Office (856) 414-6400
Fax (856) 414-6077
altoth@mdwcg.com
*Attorney for Defendant,*
*Westampton Associates, L.L.C.*